HARLOW S. DIXON and Another, Individually and as Administrators, etc., Appellants, v. EUSTACE CONWAY, Individually and as Receiver, etc., and Others, Defendants, and CHARLES F. WILLIAMS, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Page, Merrell and Philbin, JJ.

ANNIE COPELAND, as Administratrix, etc., Appellant, v. THE CENTRAL RAILROAD COMPANY OF NEW JERSEY, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Page, Merrell and Philbin JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. AIMEE BAKER, Respondent, v. WALTER BAKER, Appellant.— Order reversed and petition for writ denied, without costs, upon the ground that the relator is not an inhabitant of the State of New York, as required by section 70 of the Domestic Relations Law. Present — Clarke, P. J., Dowling, Page, Merrell and Philbin, JJ.

KNOMARK PRODUCTS CORPORATION, Appellant, v. A. A. MAILLETT COMPANY, INC., Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Page, Merrell and Philbin, JJ.

JOHN F. MACENULTY, Respondent, v. CARNEGIE STEEL COMPANY, Appellant.— Order modified by striking out the provision for the examination of plaintiff's own witnesses on this commission, and as so modified affirmed, without costs. No opinion. Present — Clarke, P. J., Dowling, Page, Merrell and Philbin, JJ.

SAMUEL KROHNBERG and Another, Copartners, etc., Appellants, v. LOUIS N. SHOUR, Respondent.— Order reversed, with ten dollars costs and disbursements, and the motion denied, with ten dollars costs, and the order for examination reinstated. The date for the examination to proceed to be fixed in the order. No opinion. Order to be settled on notice. Present — Clarke, P. J., Dowling, Page, Merrell and Philbin, JJ

SHIPPERS' CAR LINE, INC., Appellant, v. BROWN HOISTING MACHINERY COMPANY, Respondent.— Order affirmed. with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Page, Merrell and Philbin, JJ.

SAMSON ROSENBLATT, Appellant, v. B. BROWN, INC., Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Page, Merrell and Philbin, JJ.

HENRY TRAURIG, Respondent, v. CARAVEL Co., INC., Appellant.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs, on the authority of *Konheim* v. *Harris* (148 App. Div. 238, 240). Present — Clarke, P. J., Dowling, Page, Merrell and Philbin, JJ.